1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  KEVIN L. FUQUA,
11          Petitioner,                No. 2:12-cv-1410 KJN P
12      vs.
13  KEVIN R. CHAPPELL,
14          Respondent.                ORDER
15  _____/
16          Petitioner, a state prisoner proceeding without counsel, has filed an application for
17  a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma
18  pauperis.  This court will not rule on petitioner's request to proceed in forma pauperis.
19          Petitioner challenges the 2010 decision of the California Board of Parole Hearings
20  to deny him parole.  Consequently, the instant petition is one for review of the execution of a
21  sentence imposed by a California state court.  See Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th
22  Cir. 2005) (denial of parole is "a decision 'regarding the execution' of" a prison sentence.)  As a
23  general rule, "[t]he proper forum to challenge the execution of a sentence is the district where the
24  prisoner is confined."  Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).  Petitioner is
25  incarcerated at San Quentin State Prison in Marin County, California, which lies in the Northern
26  District of California.  See 28 U.S.C. § 84(a).

1    Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the
2 district of confinement have concurrent jurisdiction over applications for habeas corpus filed by
3 state prisoners. While petitioner was convicted in this district, for the reasons set forth supra, the
4 proper forum for the instant challenge is in the district of confinement. In the interest of justice,
5 this court may transfer this action "to any other district where it might have been brought." 28
6 U.S.C. § 1404(a). Therefore, in the interest of justice, this action will be transferred to the
7 United States District Court for the Northern District of California.
8    In accordance with the above, IT IS HEREBY ORDERED that:
9    1. This court has not ruled on petitioner's request to proceed in forma pauperis;
10   2. This matter is transferred to the United States District Court for the Northern
11 District of California. 28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).
12 DATED: June 7, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

fuqu1410.108