IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. FUQUA, | No. C 12-03004 EJD (PR) |
| Petitioner, | ORDER OF DISMISSAL; GRANTING MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*; DENYING CERTIFICATE OF APPEALABILITY |
| vs. | |
| KEVIN R. CHAPPELL, | |
| Respondent. | |
| | (Docket No. 2) |

Petitioner, a California prisoner incarcerated at the San Quentin State Prison, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging the denial of parole in 2010 by the Board of Parole Hearings ("Board"). Petitioner has filed a motion for leave to proceed in forma pauperis. (Docket No. 2.)

**DISCUSSION**

**A.    Standard of Review**

This Court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a state court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a); Rose v. Hodges, 423 U.S. 19, 21 (1975).

A district court shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243.

**B.     Petitioner's Claims**

Petitioner seeks federal habeas relief based his claim that there was no evidence to support the Board's decision that Petitioner posed an unreasonable risk of danger to public safety if released.

For the purposes of habeas federal habeas review, a California prisoner is entitled to only "minimal" procedural protections in connection with a parole suitability determination. Swarthout v. Cooke, No. 10-333, slip op. 4-5 (U.S. Jan. 24, 2011). The procedural protections to which the prisoner is entitled under the Due Process Clause of the Fourteenth Amendment are limited to an opportunity to be heard and a statement of the reasons why parole was denied. Id. Petitioner makes no allegation in the petition to indicate that he did not receive at least this amount of process. The Constitution does not require more. Id. at 5.

Whether the Board's decision was supported by some reliable evidence of current dangerousness is irrelevant in federal habeas. The Supreme Court has made clear that "it is no federal concern... whether California's 'some evidence' rule of judicial review (a procedure beyond what the Constitution demands) was correctly applied." Id. at 6. In light of the Supreme Court's determination that due process does not require that there be any amount of evidence to support the parole denial, Petitioner's first claim fails to state a cognizable claim for relief.

**CONCLUSION**

For the foregoing reasons, the petition for a writ of habeas corpus is DISMISSED for failure to state a cognizable claim for relief.

Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, a certificate of appealability ("COA") under 28 U.S.C. § 2253(c) is DENIED because it cannot be said

Order Dismissing Petition; Granting IFP; Denying COA
G:\PRO-SE\SJ.EJD\HC.12\03004Fuqua_parole-dism.wpd          2

that "reasonable jurists" would find the district court's assessment of the constitution claims debatable or wrong. <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).

Petitioner's motion for leave to proceed <u>in forma pauperis</u>, (Docket No. 2) is GRANTED.

This order terminates Docket No. 2.

DATED: 10/2/2012

EDWARD J. DAVILA
United States District Judge

Order Dismissing Petition; Granting IFP; Denying COA
G:\PRO-SE\SJ.EJD\HC.12\03004Fuqua_parole-dism.wpd

3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KEVIN L FUQUA,

        Petitioner,

v.

KEVIN R. CHAPPELL,

        Respondent.

Case Number: CV12-03004 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/4/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin L. Fuqua D-89032
San Quentin State Prison
SAN QUENTIN, CA 94964

Dated: 10/4/2012

                                            Richard W. Wieking, Clerk
                                          /s/ By: Elizabeth Garcia, Deputy Clerk