United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. FUQUA, | No. C 12-03004 EJD (PR) |
| Petitioner, | JUDGMENT |
| vs. | |
| KEVIN R. CHAPPELL, | |
| Respondent. | |

    For the reasons stated in the order of dismissal, this action is DISMISSED for failure to state a claim. Judgment is entered accordingly.

    The clerk shall close the file.

DATED: 10/2/2012

EDWARD J. DAVILA
United States District Judge

Judgment
G:\PRO-SE\SJ.EJD\HC.12\03004Fuqua_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KEVIN L FUQUA,

        Petitioner,

v.

KEVIN R. CHAPPELL,

        Respondent.

Case Number: CV12-03004 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/4/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin L. Fuqua D-89032
San Quentin State Prison
SAN QUENTIN, CA 94964

Dated: 10/4/2012

        Richard W. Wieking, Clerk
        /s/By: Elizabeth Garcia, Deputy Clerk